IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD SABADOS,

      Petitioner,               No. CIV S-08-1210 KJM

  vs.

D.K. SISTO,

      Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        Because petitioner has not returned the form indicating whether or not he will consent to the magistrate judge's jurisdiction, the court concludes he is declining to consent; this case therefore should be reassigned to a district judge as well as to the undersigned magistrate judge.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An

1

1 answer shall be accompanied by all transcripts and other documents relevant to the issues
2 presented in the petition. Because this petition challenges a denial of parole, the relevant
3 documents should include the transcript of the January 25, 2007 parole hearing and any
4 documents, reports or letters considered by the panel.[1] See Rule 5, Fed. R. Governing § 2254
5 Cases;

      2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

      3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

      4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

      5. The Clerk of Court is directed to assign a district judge to this case.

DATED: February 5, 2009.

_____
U.S. MAGISTRATE JUDGE

2
saba1210.100

---

[1] If respondent agrees that the exhibits attached to the petition constitute the complete record before the hearing panel, he need not provide the same materials but may note in his answer that he accepts petitioner's exhibits.

2